FILED
September 25, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D17

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | James J. Brown and Erin K. Brown | **Case No :** | 09-24988 - B - 13 J |
| | | **Date :** | 9/23/09 |
| | | **Time :** | 01:00 |
| **Matter :** | [13] - Motion/Application to Dismiss Case for Failure to Make Plan Payments [JPJ-1] Filed by Trustee Jan P. Johnson (sjas). | | |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
    Trustee - Jan P. Johnson
**Respondent(s) :**

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted. The case is dismissed for unreasonable delay that is prejudicial to creditors.

Dated: September 25, 2009

Thomas C. Holman
United States Bankruptcy Judge